**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-8450**

_____

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

REGINALD LEON EDWARDS, a/k/a Reginald L. Edwards,

             Defendant – Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  Norman K. Moon, District Judge.  (6:07-cr-00014-nkm-l)

_____

Submitted:  March 17, 2009          Decided:  March 24, 2009

_____

Before TRAXLER, KING, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Reginald Leon Edwards, Appellant Pro Se.  Donald Ray Wolthuis, Assistant United States Attorney, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald Leon Edwards appeals the district court's order denying his motion for reconsideration of the order granting Edwards' § 18 U.S.C. § 3582(c) (2006) motion for modification of sentence. We have reviewed the record and find no reversible error. Therefore we affirm for the reasons stated by the district court. United States v. Edwards, No. 6:07-cr-00014-nkm-1 (W.D. Va. Nov. 5, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED